IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

CHARLOTTE COFFINDAFFER and
LYNN COFFINDAFFER
    Plaintiff,

vs.

CIVIL ACTION NO.: 107-CV-80

SUNBEAM PRODUCTS, INC.,
AMERICAN HOUSEHOLD INC.,
    and
WAL-MART STORES, INC.,
    Defendants.

FILED
SEP 4 - 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

## ORDER OF COURT

AND NOW, this 4th day of September, 2007, upon consideration of the Motion for Admission Pro Hac Vice of Thomas L. Vitu, Esquire, of Moffett, Vitu, Lascoe, & Packus, PC presented by defendants, Sunbeam Products, Inc., American Household Inc., and Wal-Mart Stores, Inc., and good cause having been shown, it is hereby ADJUDGED, ORDERED and DECREED that the Motion is GRANTED and attorney Thomas L. Vitu, Esquire, of Moffett, Vitu, Lascoe, & Packus, PC is specifically admitted to the bar of this Court for purposes of this particular action.

_Irene M. Keeley_
BY THE COURT