FILED
SEP 4 - 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF WEST VIRGINIA

CHARLOTTE COFFINDAFFER and
LYNN COFFINDAFFER
    Plaintiff,

vs.

SUNBEAM PRODUCTS, INC.,
AMERICAN HOUSEHOLD INC.,
    and
WAL-MART STORES, INC.,
    Defendants.

CIVIL ACTION NO.: 107-CV-80

## ORDER OF COURT

AND NOW, this 4th day of September, 2007, upon consideration of the Motion for Admission Pro Hac Vice of Stephen T. Moffett, Esquire, of Moffett, Vitu, Lascoe, & Packus, PC presented by defendants, Sunbeam Products, Inc., American Household Inc., and Wal-Mart Stores, Inc., and good cause having been shown, it is hereby ADJUDGED, ORDERED and DECREED that the Motion is GRANTED and attorney Stephen T. Moffett, Esquire of Moffett, Vitu, Lascoe, & Packus, PC is specifically admitted to the bar of this Court for purposes of this particular action.

*Irene M. Keeley*
BY THE COURT