**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

**CHARLOTTE COFFINDAFFER and
LYNN COFFINDAFFER,**

        *Plaintiffs,*

vs.                                                              Civil Action No. 1:07CV80

**SUNBEAM PRODUCTS, INC.,
AMERICAN HOUSEHOLD, INC., and
WAL-MART STORES, INC.,**

        *Defendants*.

## ORDER

On the 10th day of October, 2007, Defendant Wal-Mart Stores, Inc., filed a Motion for Protective Orders Regarding Plaintiffs' Requests for Documents (Set 1), with exhibits and a brief in support of its motion [Docket Entries 20, 20-2, 21]. On the 26th day of October, 2007, Plaintiffs filed a Memorandum in Response to Defendants' Motions for Protective Order, with exhibits attached [Docket Entries 22, 23, 23-2 through 9]. On the 9th day of November, 2007, Defendant filed its Reply Brief in Support of Motions for Protective Orders [Docket Entry 25]. Also on the 9th day of November, 2007, Plaintiffs filed Objection to and Motion to Strike Defendants' Reply Memorandum [Docket Entry 26]. The District Judge referred these matters to the undersigned by order dated October 30, 2007 [Docket Entry 24].

If these issues are not amicably resolved on or before November 23, 2007, the Court shall conduct a **telephonic** hearing on the Motion for Protective Orders Regarding Plaintiffs' Requests for Documents (Set 1), filed Defendant Wal-Mart Stores, Inc., and Plaintiffs' Objection to and Motion to Strike Defendants' Reply Memorandum on **Wednesday, November 28, 2007, at 1:00 p.m.** Defendant, Wal-Mart Stores, Inc., shall initiate the conference call. Counsel of record shall contact counsel for Wal-Mart Stores, Inc., by **2:00 p.m., Tuesday, November 27, 2007**, and inform Wal-Mart's counsel of the telephone number at which counsel can be reached. Defendant, Wal-Mart Stores, Inc., is responsible for connecting all involved counsel of record and this Court (304-622-

1516) to the November 28, 2007, telephonic hearing.

It is so **ORDERED**.

The United States Court Clerk for the Northern District of West Virginia shall provide a copy of this Order to counsel of record.

DATED: November 15, 2007.

/s *John S. Kaull*
**JOHN S. KAULL**
**U. S. MAGISTRATE JUDGE**